ACCEPTED
04-14-00716-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/6/2015 6:30:25 PM
KEITH HOTTLE
CLERK

**No. 04-14-00716-CR**

_____

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/6/2015 6:30:25 PM
KEITH E. HOTTLE
Clerk

_____

**Francisco Javier Azuara, Jr.**

Appellant,

v.

**The State of Texas**

Appellee,

_____

On Appeal From the
111th Judicial District Court
Webb County, Texas

_____

**Appellant's Un-Opposed Motion for Leave
to File Appellant's Amended Brief**

_____

Oscar A. Vela, Jr.
Texas Bar No. 24004967
Appellate counsel for
Francisco Javier Azuara, Jr.

**THE LAW OFFICE OF
OSCAR A. VELA, JR., P.C.**
1004 E. Hillside Road, Ste. B
Laredo, Texas 78041
Telephone: (956) 568-0221
Facsimile: (956) 568-0052
ovela@thevelafirm.com

_____

### Appellant's Un-Opposed Motion for Leave of Court
### to file Amended Appellate Brief
_____

**TO THE HONORABLE COURT:**

Comes now, FRANCISCO JAVIER AZUARA, JR., appellant, and files this un-opposed motion for leave of Court to file Appellant's Amended Brief. In support of this motion, appellant shows the court the following:

### I. Background Information

1.    This case arises from a conviction rendered on July 28, 2014, after a jury trial in a Cause No. 2014-CRM-000389-D2 styled State of Texas v. FRANCISCO JAVIER AZUARA, JR., in the 111th Judicial District Court, Webb County, Texas.

2.    Appellant filed his notice of appeal on October 10, 2014.

3.    The Clerk's record was filed with the Court on November 14, 2014.

4.    The Reporters record was filed with the Court on December 2, 2014.

5.    The deadline to file Appellant's brief was February 2, 2015.

6.    Appellant filed his original brief on February 2, 2015.

### II. Un-Opposed Motion for Leave to File Amended Brief

7.    Appellant, by and through the undersigned counsel of record, respectfully request this Court to grant him leave of court to file his amended

appellate brief. After filing Appellant's brief, the undersigned counsel discovered some errors in the brief and an additional point of error that is raised in the amended brief. The amended brief is being filed just three days from the filing deadline.

### III. Statement of Conference

8. Counsel would show that on February 4, 2015, he conferred with Assistant Webb County District Attorney David Reuthinger about this motion and he does not oppose leave of court to file the amended brief.

**WHEREFORE, PREMISES CONSIDERED** Appellant's request that Court grant his leave of Court to file Appellant's Amended Brief, which is being filed simultaneously with this motion.

Respectfully submitted,

/s/ Oscar A. Vela, Jr.
Oscar A. Vela, Jr.
Texas Bar No. 24004967
Appellate counsel for Appellants

**THE LAW OFFICE OF**
**OSCAR A. VELA, JR., P.C.**
1004 E. Hillside Road, Ste. B
Laredo, Texas 78041
Telephone: (956) 568-0221
Facsimile: (956) 568-0052
ovela@thevelafirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this February 6, 2015, a true and correct copy of the above foregoing motion for leave of court to file amended brief was served on the following:

David L. Reuthinger, Jr.          **VIA FACSIMILE: (956)523-5054**
Assistant District Attorney        **AND/OR VIA E-MAIL**
Webb County District Attorney
1110 Victoria, Suite 401
Laredo, Texas 78040

/s/ Oscar A. Vela, Jr.
Oscar A. Vela, Jr.

## CERTIFICATE OF CONFERENCE

The undersigned counsel of record conferred with Mr. David L. Reuthinger, Jr. on February 4, 2015, about this motion and he is unopposed.

/s/ Oscar A. Vela, Jr.
Oscar A. Vela, Jr.